UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00229-MR

| | | |
|---|---|---|
| TIMOTHY D. KING-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |
| FNU WILSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

*Pro se* Plaintiff Timothy D. King-El ("Plaintiff") is an inmate of the State of North Carolina, currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. Plaintiff filed this action on August 18, 2020, pursuant to 42 U.S.C. § 1983. [Doc. 1]. On August 12, 2021, Defendants moved for summary judgment. [Doc. 33]. Among other things, Defendants submitted their own Affidavits in support thereof. [Docs. 35-4, 35-5]. The Affidavits filed by Defendants, however, are unsigned. [See Doc. 35-4 at 5; Doc. 35-5 at 4]. The Court will Order Defendants to file signed Affidavits within seven (7) days of this Order reflecting Defendants' signatures at the

time Defendants moved for summary judgment. If Defendants file Affidavits that were signed after the date their Motion was filed, Defendants shall explain why the Affidavits were not signed when the Motion was filed.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Defendants shall file signed Affidavits in support of their Motion for Summary Judgment within seven (7) days of this Order.

**IT IS FURTHER ORDERED** that, if Defendants' Affidavits were not signed at the time Defendants' Motion for Summary Judgment was filed, they shall explain why not.

**IT IS SO ORDERED**.

Signed: January 19, 2022

Martin Reidinger
Chief United States District Judge