UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00229-MR

TIMOTHY D. KING-EL, )
)
        **Plaintiff,** )
)
vs. ) **ORDER**
)
MATTHEW W. WILSON, et al., )
)
        **Defendants.** )
_____ )

**THIS MATTER** is before the Court on Plaintiff's "Motions for a Appeal Order," [Doc. 52 (errors uncorrected)], which the Court construes as a motion to reconsider.

Pro se Plaintiff Timothy D. King-El ("Plaintiff") filed this action on August 18, 2020, pursuant to 42 U.S.C. § 1983, against Defendants. [Doc. 1]. On February 7, 2022, the Court granted Defendants' motion for summary judgment and dismissed this action with prejudice. [Doc. 49]. Before the Court now is Plaintiff's unsigned "Motions for a Appeal Order," in which Plaintiff states only, "[t]he violation of my First; Eighth and Fourteenth Amendment." [Id.]. To the extent Plaintiff wants the Court to reconsider its Order dismissing this action, Plaintiff's motion is denied. Plaintiff states no grounds in support of his motion. Moreover, Plaintiff's motion is unsigned

and subject to being stricken pursuant to Rule 11 of the Federal Rules of Civil Procedure in any event absent Plaintiff's prompt correction. Fed. R. Civ. P. 11(a). To the extent Plaintiff seeks to appeal the Court's Order, the Court will direct the Clerk to transmit Plaintiff's filing to the Fourth Circuit.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 52] is **DENIED**.

The Clerk is respectfully instructed to transmit Docket No. 52 to the Fourth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Signed: March 2, 2022

Martin Reidinger
Chief United States District Judge